

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00700-CR

Omar **ADAME-MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2573
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice

Delivered and Filed: November 19, 2014

APPEAL DISMISSED

On November 4, 2014, appellant's attorney filed a motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish